| | |
|---|---|
| 1 | BONNETT, FAIRBOURN, FRIEDMAN |
|   | & BALINT, P.C. |
| 2 | ELAINE A. RYAN (*To be admitted Pro Hac Vice*) |
|   | PATRICIA N. SYVERSON (203111) |
| 3 | LINDSEY M. GOMEZ-GRAY (*To be admitted Pro Hac Vice*) |
|   | 2325 E. Camelback Road, Suite 300 |
| 4 | Phoenix, AZ 85016 |
|   | eryan@bffb.com |
| 5 | psyverson@bffb.com |
|   | lgomez-gray@bffb.com |
| 6 | Telephone:   (602) 274-1100 |
| 7 | BONNETT, FAIRBOURN, FRIEDMAN |
|   | & BALINT, P.C. |
| 8 | TODD D. CARPENTER (234464) |
|   | 600 W. Broadway, Suite 900 |
| 9 | San Diego, California 92101 |
|   | tcarpenter@bffb.com |
| 10 | Telephone:  (619) 756-6978 |
| 11 | Attorneys for Plaintiff |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGIANA KIRBY, On Behalf of Herself and All Others Similarly Situated, | Case No.:3:12-cv-01517-BEN-DHB |
| Plaintiff, | **JOINT MOTION FOR DISMISSAL** |
| v. | Hon. Roger T. Benitez |
| CVS CAREMARK CORPORATION, a Delaware corporation; and CVS PHARMACY, INC., a Rhode Island corporation, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Georgiana Kirby on behalf of herself and all others similarly situated, Defendants CVS Caremark Corporation and CVS Pharmacy, Inc., and Third-Party Defendant AMCOL Health & Beauty Solutions, Inc., by and through their respective attorneys of record, hereby stipulate to and jointly move for this action to be dismissed in its entirety without prejudice, with each party to bear its own costs and attorneys' fees.

| | | |
|---|---|---|
| DATED:  November 1, 2012 | | BONNETT FAIRBOURN FRIEDMAN & BALINT, PC |

By:  s/ *Patricia N. Syverson*
ANDREW S. FRIEDMAN
ELAINE A. RYAN
PATRICIA N. SYVERSON (203111)
2325 E. Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: 602-274-1100

BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
TODD D. CARPENTER (234464)
600 W. Broadway, Suite 900
San Diego, California 92101
Telephone:  619-756-6978
Facsimile:  602-798-5860

*Attorneys for Plaintiff*

Dated: November 1, 2012         CHAPMAN GLUCKSMAN DEAN
ROEB & BARGER

By: s/ *Craig Roeb*
CRAIG ROEB
11900 W. Olympic Boulevard Suite 800
Los Angeles, California 90064
Telephone: (310) 207-7722
Facsimile: (310) 207-6550

*Attorneys for Defendants CVS Pharmacy, Inc. and CVS Caremark Corp.*

Dated: November 1, 2012         GORDON & REES LLP

By: s/ *Allison L. Jones*
ALLISON L. JONES
101 W. Broadway, Suite 2000
San Diego, CA  92101
Telephone: (619) 696-6700
*Attorneys for Third-Party Defendant AMCOL Health & Beauty Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 1, 2012.

By: s/ *Patricia N. Syverson*
BONNETT FAIRBOURN FRIEDMAN
  & BALINT, PC
2325 E. Camelback Road, Suite 300
Phoenix, Arizona 85016
602-274-1100
602-274-1199 facsimile
Email: psyverson@bffb.com