```
                                                    FILED
                                                  12 NOV -5 PM 3:43
                                              CLERK, U.S. DISTRICT COURT
                                              SOUTHERN DISTRICT OF CALIFORNIA

                                              BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIANA KIRBY, On Behalf of Herself and All Others Similarly Situated,<br><br>            Plaintiff,<br>vs.<br><br>CVS CAREMARK CORPORATION, a Delaware Corporation; and CVS Pharmacy, Inc. a Rhode Island corporation,<br><br>            Defendant. | CASE NO. 12-CV-01517-BEN-DHB<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL**<br><br>[ECF No. 20] |

The Court having considered the Joint Motion for Dismissal submitted by the parties, and good cause appearing, hearby **GRANTS** the Joint Motion and **DISMISSES** the case without prejudice, with each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: November 12, 2012

_____
HON. ROGER T. BENITEZ
United States District Judge